UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES COLVIN, JR.,
    Petitioner,

vs.                                  Case No.:  3:24cv142/MCR/ZCB

SECRETARY FDOC,
    Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 16, 2025. (Doc. 24). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 24) is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (Doc. 20) is **GRANTED**.

  3. The 28 U.S.C. § 2254 petition for a writ of habeas corpus (Doc. 1) is **DISMISSED with prejudice** as untimely.

  4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 13th day of June 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**